CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

*FILED Southern District of Mississippi — JAN 07 2015 — ARTHUR JOHNSTON, DEPUTY*

CITY: JACKSON

COUNTY: KEMPER

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:15cr4CWR-LRA
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: CHRISTOPHER LASHAWN CHAMBERLIN

**U.S. ATTORNEY INFORMATION:**

AUSA JSG    BAR # 102123

INTERPRETER: _X_ NO ___ YES LIST LANGUAGE AND/OR DIALECT:

**LOCATION STATUS:** ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __3__   ___ PETTY   ___ MISDEMEANOR   __3__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:286.F | 18: USC § 286 | CONSPIRACY TO DEFRAUD THE U.S. | 1 |
| Set 2  18:1349.F | 18: USC §1349 | ATTEMPT AND CONSPIRACY | 2 |
| Set 3  18:371.F | 18: USC § 371 | CONSPIRACY TO DEFRAUD | 3 |

Date: 1-7-15    SIGNATURE OF AUSA: *[signature]*

Revised 2/26/2010